# FEDERAL PUBLIC DEFENDER
## DISTRICT OF NEW JERSEY

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

972 BROAD STREET
NEWARK, NEW JERSEY 07102

(973) 645-6347 Telephone
(973) 645-3101 Facsimile
(973) 297-4807 Facsimile

**CHESTER M. KELLER**
FIRST ASSISTANT

March 28, 2008

Honorable Harold A. Ackerman
United States District Judge
U.S. Post Office & Courthouse
Federal Square
Newark, New Jersey 07101

    Re: **United States v. Glenn Wallace**
          **Criminal No. 89-338**

Dear Judge Ackerman:

    It is respectfully requested that Your Honor appoint the Federal Public Defender's Office to represent Mr. Wallace in his pro se filing for a reduction motion. By copy of this letter and motion I am so advising Mr. Wallace. His pro se filing was referred to this office by the U.S. Clerk's Office for review.

    A review by this office of Mr. Wallace's case seems to indicate that he may qualify for a reduction of sentence under the revised crack cocaine guideline. Matthew Miller of the U.S. Probation Office has supplied pertinent documents to me. The redacted presentence report indicates that the base offense level was found to be 36 and the total offense level to be 40. Under current law, the base offense level would be 34 and the total offense level would be 38. The recommended range in the report was deemed to be 292-365 months.

    Thank you for consideration of these requests for the appointment of counsel and the reduction of sentence.

                      Respectfully,

                      s/ Chester M. Keller
                      First Assistant Federal Public Defender

CMK:CDL
cc:   Robert Frazer, Esq.
       Assistant United States Attorney

       Glenn Wallace

SO ORDERED.

Harold A. Ackerman
U.S.D.J.

Reg. No. 11059-050

4/3/08