# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CHAMBERS OF
*HAROLD A. ACKERMAN*
SENIOR JUDGE

UNITED STATES DISTRICT COURT
POST OFFICE BOX 999
NEWARK, NEW JERSEY 07101-0999

April 4, 2008

## TO ALL COUNSEL OF RECORD

Re:     *United States v. Wallace*, Crim. No.89-338

Dear Counsel:

The Court recently appointed First Assistant Public Defender Chester M. Keller to represent Mr. Wallace with regards to his pro se filing for a reduction in sentencing, which was received by the Court on March 28, 2008. The Government shall submit their reply brief no later than forty-five (45) days from the date of this letter.

SO ORDERED.

s/ Harold A. Ackerman
U.S.D.J.

HAA:rst