# UNITED STATES DISTRICT COURT
for the

District of __NJ__

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: __89-338__ |
| | ) USM No: __11059-050__ |
| Date of Previous Judgment: __1/15/91__ | ) __Chester Kell__ |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __292__ months is reduced to __270__.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: __40__        Amended Offense Level: __38__
Criminal History Category: __I__      Criminal History Category: __I__
Previous Guideline Range: __292__ to __365__ months    Amended Guideline Range: __235__ to __293__ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __1/15/91__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: __6/24/08__

Judge's signature: *Harold A. Ackerman*

Effective Date: _____ (if different from order date)

Printed name and title: Harold A. Ackerman, U.S.D.J.