PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Glenn Wallace                                  Cr.: 89-CR-00338-01
                                                                  PACTS Number: 51260

Name of Sentencing Judicial Officer: Honorable Harold Ackerman

Date of Original Sentence: 01/15/91

Original Offense: Possession of Cocaine With Intent To Distribute, 21 U.S.C. 841(A)

Original Sentence: 292 months custody, 3 years supervised release

Type of Supervision: Supervised Release             Date Supervision Commenced: 12/04/10

## PETITIONING THE COURT

[ ]   To extend the term of supervision for          Years, for a total term of         Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

The defendant shall submit his person, residence, office, vehicle, or any other property under his control to a warrantless search. Such search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of supervised release. Failure to submit to such a search may be grounds for revocation: The defendant shall warn any residents that the premises may be subject to searches.

## CAUSE

Wallace has requested that supervision of his case be transferred to the Middle District of North Carolina. That district requests inclusion of the two new conditions. Wallace has signed a modification agreeing to same.

Respectfully submitted,

By: Thomas S. Larson
Supervising U.S. Probation Officer

Date: 05/22/08

PROB 12B - Page 2
Glenn Wallace

THE COURT ORDERS:

[ ✓ ] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_Harold A. Ackerman_
Signature of Judicial Officer

_6/24/08_
Date